**Luther Williams, Trading as L. Williams and Son, Appellee, v. Howard Ames, Appellant.**

**Gen. No. 43,636.**

opinion filed December 31, 1946; rehearing denied January 14, 1947; released for publication January 15, 1947. Charles B. Elder and Howard Ames, *pro se*, for appellant; Ernest Kentwortz, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.